**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00685-CV

**MATTHEW JENKINS AND J.W. JENKINS, Appellants**

**V.**

**STEWART TITLE COMPANY AND JPMORGAN CHASE BANK, N.A., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03062-E**

## ORDER

Appellee Stewart Title Company's Motion for Damages for Frivolous Appeal is

**DENIED**.

/s/   DAVID LEWIS
          JUSTICE